IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMETRUS DONYELL PORTER,     )
                             )
     Petitioner,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:20cv376-MHT
                             )         (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 17) is adopted.

(3) The 28 U.S.C. § 2255 petition (Doc. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of June, 2023.**

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**